UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2008 FEB 14 A 12 30

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08MJ0363 |
| | ) | |
| vs. | ) | ORDER |
| *Jose Miranda Roman* | ) | RELEASING MATERIAL WITNESS |
| | ) | |
| Defendant(s) | ) | Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

*Celerina Munoz-Lopez*

DATED: 2/14/08

~~ANTHONY J. BATTAGLIA~~
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                                OR
           DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
           Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062