**PLEASE RECEIPT AND RETURN**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Jesus Miranda-Roman, et al ) <br> ) <br> Defendant(s) ) | CRIMINAL NO. **08mj363** <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/~~Magistrate Judge~~  **Anthony J. Battaglia**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted**) / Case Disposed / Order of Court).

**Bonifacio Villareal-Pasillas**

DATED: **2/25/08**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
   Deputy Clerk

CLERK'S OFFICE COPY <br> mc500 Crim-25 rev. 8-95 <br><br> ☆ U.S. GPO: 2003-581-774/70082