## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs.  Castro-Maldonado; Rivera                              No.  08mj363

HON.  Anthony J. Battaglia                Tape No.  AJB08-1:14:24-14:29

Asst. U.S. Attorney  James Melendres      PTSO

|     |                        |   |     |     |     |                   | #   | Status |
|-----|------------------------|---|-----|-----|-----|-------------------|-----|--------|
| Atty | Candis Mitchell, FD   | X | Apt |     | Ret | for Castro-Maldonado | (2) | (C)    |
|     | Fred Harry S/A         |   | Apt |     | Ret | for Rivera        | (3) | (C)    |
|     |                        |   | Apt |     | Ret | for               | ( ) | ( )    |
|     |                        |   | Apt |     | Ret | for               | ( ) | ( )    |
|     |                        |   | Apt |     | Ret | for               | ( ) | ( )    |
|     |                        |   | Apt |     | Ret | for               | ( ) | ( )    |
|     |                        |   |     | Apt for Material Witness(es) |     |                   |     |        |

PROCEEDINGS:      ___ In Chambers    X  In Court    ___ By Telephone

-Goverments Oral Motion to Dismiss as to Jose Manuel Castro-Maldonado (2) and Helder Irizarry Rivera (3) - Granted.
- Case Dismissed without prejudice as to Jose Manuel Castro-Maldonado (2) and Helder Irizarry Rivera (3). (Abstracts issued to USMS

Date    03/06/2007                              Y. Madueno

                                                Deputy's Initials